■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARSHA COHEN, Also Known as MARSHA SCHIFFMILLER, Appellant.—Appeal from judgment, Supreme Court, New York County (Joan Sudolnik, J.), rendered on May 2, 1990, withdrawn, and the stay heretofore granted is vacated. No opinion. Concur—Murphy, P. J., Sullivan, Ellerin, Ross and Rubin, JJ.